# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | |
| THOMAS CHRISTIAN O'NEILL, | ) | No. 10-40051-01-RDR |
| Defendant. | ) | |
| _____ | ) | |

## **ORDER CONTINUING BOND HEARING**

NOW on this 25th day of January, 2011, this matter comes on for hearing on defendant's motion to continue the hearing on bond modification. The Court, having considered the motion, and being fully apprised, finds that for good cause shown such motion should be sustained.

The Court therefore orders that the bond modification hearing previously set for January 21, 2011 is hereby continued to Thursday, January 27, 2011 at 1:30 p.m.

IT IS SO ORDERED.

s/Richard D. Rogers
United States District Judge