IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,
vs.                             **Case No. 10-40051-01-RDR**

THOMAS CHRISTIAN O'NEILL,

        Defendant.

### O R D E R

This matter is presently before the court upon defendant's motion to continue sentencing hearing. The defendant seeks to continue the sentencing hearing, which is presently scheduled for February 25, 2011, for a period of six weeks. The defendant requests this continuance so he can explore sentencing options. The defendant notes that the government has no objection.

For the reasons stated, the court shall grant the defendant's motion. The court shall continue the defendant's sentencing hearing to April 6, 2011 at 10:30 a.m.

**IT IS THEREFORE ORDERED** that defendant's motion to continue sentencing hearing (Doc. # 33) be hereby granted. The sentencing hearing shall be continued to April 6, 2011 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated this 24th day of February, 2011 at Topeka, Kansas.

                                      s/Richard D. Rogers
                                      United States District Judge