IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                       **Case No. 10-40051-01-RDR**

THOMAS CHRISTIAN O'NEILL,

        Defendant.

### O R D E R

This matter is presently before the court upon defendant's motion to extend the deadline for objecting to the presentence report. The defendant seeks an extension due to the press of business of his counsel. The defendant notes that the government has no objection to this motion. The defendant further notes that this extension will not delay the sentencing which is scheduled for April 6, 2011. For the reasons stated, the court shall grant this motion. The defendant shall have until March 28, 2011 in which to file objections to the presentence report.

**IT IS THEREFORE ORDERED** that defendant's motion to extend deadline for objecting to presentence report (Doc. # 36) be hereby granted. The defendant shall have until March 28, 2011 in which to file objections to the presentence report.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2011 at Topeka, Kansas.

                                      s/Richard D. Rogers
                                      United States District Judge